IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02137-MSK-PAC

JUSTIN WALSH,
VANESSA ROMERO,
PATRICIA HOLMES,
HEATH JOHNSON,
JOSEPH LEDERHOS,
ALBERT VOGEL,
MAZIE NEWLON,
MICHAEL HOOKS,
JULIE GITTENS,
HOLLY WRIGHT,
LORALEI LECHUGA,
DAWN HOLLINGSWORTH MCKINNEY,
MADELYN VELASQUEZ ALMANSA,
SANDRA DAVIS,
RICHARD WALLACE,
LESLIE PERRY,
STAN MCCULLOM,
MARCELLA MCCULLOM,
TONI LEWIS,
STAN JUHASZ,
LINDA ONTIVEROS, and
JAMES GALLEGOS,

      Plaintiffs,

v.

SPRINT INTERNATIONAL COMMUNICATIONS CORPORATION, a Delawre
corporation, and
SPRINT CORPORATION, a Kansas corporation,

      Defendants.

## ORDER DENYING MOTIONS, AS MOOT

THIS MATTER comes before the Court on the Defendants' motion to dismiss the Plaintiffs' claims or to stay this action **(#9)**, the Plaintiffs' motion to consolidate cases **(#12)**, and the Defendants' motion for an extension of time to file a reply in support of their motion to dismiss **(#15)**.  The parties have reached a settlement of all claims and have informed the Court that these motions are moot.

**IT IS THEREFORE ORDERED** that the Defendants' motion to dismiss the Plaintiffs' claims or to stay this action **(#9)**, the Plaintiffs' motion to consolidate cases **(#12)**, and the Defendants' motion for an extension of time to file a reply in support of their motion to dismiss **(#15)** are **DENIED**, as moot.

Dated this 12th day of September, 2005.

BY THE COURT:

Marcia S. Krieger
United States District Judge

2