IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02137-MSK-PAC

JUSTIN WALSH,
VANESSA ROMERO,
PATRICIA HOLMES,
HEATH JOHNSON,
JOSEPH LEDERHOS,
ALBERT VOGEL,
MAZIE NEWLON,
MICHAEL HOOKS,
JULIE GITTENS,
HOLLY WRIGHT,
LORALEI LECHUGA,
DAWN HOLLINGSWORTH MCKINNEY,
MADELYN VELASQUEZ ALMANSA,
SANDRA DAVIS,
RICHARD WALLACE,
LESLIE PERRY,
STAN MCCULLOM,
MARCELLA MCCULLOM,
TONI LEWIS,
STAN JUHASZ,
LINDA ONTIVEROS, and
JAMES GALLEGOS,

      Plaintiffs,

v.

SPRINT INTERNATIONAL COMMUNICATIONS CORPORATION, a Delawre
corporation, and
SPRINT CORPORATION, a Kansas corporation,

      Defendants.

**ORDER DENYING UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE**

_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Unopposed Motion

for Dismissal with Prejudice **(# 42)**.

The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a

proposed order in WordPerfect (.wpd) or text (.txt) format to chambers by electronic mail.  Both

acts are required by D.C. Colo. ECF Proc. V.L.2.  Accordingly, the Motion is **DENIED** without

prejudice.

Dated this 14th day of September, 2005

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge