IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02137-MSK-PAC

JUSTIN WALSH,
VANESSA ROMERO,
PATRICIA HOLMES,
HEATH JOHNSON,
JOSEPH LEDERHOS,
ALBERT VOGEL,
MAZIE NEWLON,
MICHAEL HOOKS,
JULIE GITTENS,
HOLLY WRIGHT,
LORALEI LECHUGA,
DAWN HOLLINGSWORTH MCKINNEY,
MADELYN VELASQUEZ ALMANSA,
SANDRA DAVIS,
RICHARD WALLACE,
LESLIE PERRY,
STAN MCCULLOM,
MARCELLA MCCULLOM,
TONI LEWIS,
STAN JUHASZ,
LINDA ONTIVEROS, and
JAMES GALLEGOS,

   Plaintiffs,

v.

SPRINT INTERNATIONAL COMMUNICATIONS CORPORATION, a Delaware corporation, and
SPRINT CORPORATION, a Kansas corporation,

   Defendants.

## ORDER TO DISMISS, WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER comes before the Court on a recommendation **(#50)** from the Magistrate

Judge that the Plaintiffs' claims be dismissed with prejudice. The Court

**FINDS** and **CONCLUDES** that:

The Magistrate Judge held a hearing on October 26, 2005 on an order to show cause why the Plaintiffs' claims should not be dismissed for failure to prosecute. Counsel for the Plaintiffs did not appear at the hearing, and as a consequence, the Magistrate Judge recommended that the Plaintiffs' claims be dismissed, with prejudice.

This recommendation is consistent with the Plaintiffs' earlier motions **(#42, #45, #46)** seeking to dismiss their claims with prejudice. The Court denied such motions only because no proposed order was provided to chambers by electronic mail. Because it is clear that the Plaintiffs desire their claims to be dismissed, with prejudice,

**IT IS THEREFORE ORDERED** that:

(1)     The Court dismisses the Plaintiffs' claims, with prejudice.

(2)     The Clerk of Court is directed to close this case.

Dated this 1st day of November, 2005

                                          **BY THE COURT:**

*Marcia S. Krieger* (signature)

                                          Marcia S. Krieger
                                          United States District Judge